BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 3721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:96-CR-05275 LJO |
|---|---|
| Plaintiff, | **ORDER DISMISSING SUPERSEDING INDICTMENT AS TO DEFENDANTS RAMON CRUZ TELLO, MARIO CRUZ TELLO AND ENRIQUE MARRON-LEYVA** |
| v. | |
| JUAN MANUEL TELLO, et al., | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the Superseding Indictment against defendants RAMON CRUZ TELLO, MARIO CRUZ TELLO and ENRIQUE MARRON-LEYVA aka ENRIQUE MARRON are hereby DISMISSED and any outstanding arrest warrants are recalled.

IT IS SO ORDERED.

Dated:   **May 9, 2014**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1